NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAMMY B. BELL,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**DEPARTMENT OF JUSTICE,**
*Intervenor*

---

2014-3117

---

Petition for review of the Merit Systems Protection Board in No. DA-3443-14-0203-I-1.

---

## JUDGMENT

---

MALCOLM XERXES LARVADAIN, Law Office of Malcolm X. Larvadain, Inc., Alexandria, LA, argued for petitioner.

SARA B. REARDEN, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

HILLARY STERN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by JOYCE BRANDA, ROBERT E. KIRSCHMAN, JR., REGINALD T. BLADES, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 8, 2015 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |